20230303
FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
04-19-2024
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 69

Arnold Nudah Rennie,                                  Petitioner and Appellant

v.

State of North Dakota,                                  Respondent and Appellee

## No. 20230303

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Bonnie L. Storbakken, Judge.

AFFIRMED.

Per Curiam.

Kalli M.H. Anderson, Fargo, ND, for petitioner and appellant; submitted on brief.

Julie A. Lawyer, State's Attorney, Bismarck, ND, for respondent and appellee; submitted on brief.

**Rennie v. State**
No. 20230303

**Per Curiam.**

[¶1]   Arnold Nudah Rennie appeals from a district court order denying his petition for postconviction relief. Rennie argues the court erred in denying his petition because he received ineffective assistance of trial counsel. After a hearing, at which Rennie's trial counsel testified, the court found Rennie failed to establish his trial counsel's representation fell below an objective standard of reasonableness and there was a reasonable probability that, but for the alleged errors of counsel, the outcome of trial would have been different.

[¶2]   We conclude the district court's findings that Rennie failed to establish his trial counsel's performance fell below an objective standard of reasonableness and there was no prejudice to Rennie regarding the second prong of the *Strickland* test are not clearly erroneous. *See Benter v. State*, 2023 ND 215, ¶ 2, 997 N.W.2d 864. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr